UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIM LONG PLUMBING, INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-00042-ALM |
| KINSALE INSURANCE COMPANY, | § § § | |
| *Defendant*. | § | |

**AGREED ORDER ON**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On this date, the Court considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Tim Long Plumbing, Inc. and Defendant Kinsale Insurance Company. (Dkt. #47). After considering the stipulation, the pleadings on file, and the argument of counsel, the Court is of the opinion that this action should be DISMISSED WITH PREJUDICE.

It is therefore ORDERED that all claims and counterclaims asserted in this case are DISMISSED WITH PREJUDICE. It is further ORDERED that the parties are to bear their own attorneys' fees and all costs are to be taxed against the party incurring them. It is further ORDERED that this case be removed from the active docket of this Court.

Accordingly, this is a final, appealable order that disposes of all claims and parties in this lawsuit. All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**

**SIGNED this 30th day of December, 2020.**

*(signature)*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE